**Law Offices of Todd M. Friedman, P.C.**
**Todd M. Friedman (216752)**
**324 S. Beverly Dr., #725**
**Beverly Hills, CA 90212**
**Phone: 877-206-4741**
**Fax: 866-633-0228**

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BLAKE DUGGER,** INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff(s)<br><br>vs.<br><br>**ELEVATION WELLNESS,**<br><br>Defendant. | Case No. 2:14-cv-06616-DMG-AJW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 2nd day of December, 2014.

By:  s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Dismissal  - 1

Filed electronically on this 2nd day of December, 2014, with:

**<u>United States District Court CM/ECF system</u>**

And hereby served upon all parties

Notification sent on this 2nd day of December, 2014, via the ECF system to:

Honorable Dolly M. Gee
United States District Court
Central District of California

Elevation Wellness
13122 Sherman Way
North Hollywood, CA 91605

This 2nd day of December 2014.
By: <u>s/Todd M. Friedman</u>
     Todd M. Friedman