Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BLAKE DUGGER,** INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**,** ) ) ) | Case No. 2:14-cv-06616-DMG-AJW |
| Plaintiff, ) | **NOTICE OF ERRATA** |
| ) ) | |
| vs. ) | |
| ) | |
| **ELEVATION WELLNESS,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

   **NOTICE IS HEREBY GIVEN** that the document filed on December 2, 2014 as Docket Number (18) "NOTICE of Voluntary Dismissal filed by Plaintiff Blake Dugger", has been erroneously filed as a dismissal with prejudice. The correct Notice is to dismiss the case WITHOUT prejudice, and is attached hereto as **Exhibit A.**

   RESPECTFULLY SUBMITTED this 3rd day of December, 2014.

                    By:   s/Todd M. Friedman
                          Todd M. Friedman, Esq.
                          Law Offices of Todd M. Friedman, P.C.
                          Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BLAKE DUGGER,** INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**,**<br><br>Plaintiff,<br><br>vs.<br><br>**ELEVATION WELLNESS,**<br><br>Defendant.<br>_____ | Case No. 2:14-cv-06616-DMG-AJW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

  **NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of

Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without

prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a

motion for summary judgment. Accordingly, this matter may be dismissed without

prejudice and without an Order of the Court.

  RESPECTFULLY SUBMITTED this 3rd day of December, 2014.

        By: <u>s/Todd M. Friedman</u>
           Todd M. Friedman, Esq.
           Law Offices of Todd M. Friedman, P.C.
           Attorney for Plaintiff

Filed electronically on this 3rd day of November, 2014, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 3rd day of December, 2014, via the ECF system to:

Honorable Dolly M. Gee
United States District Court
Central District of California

And served by mail to:

Elevation Wellness
13122 Sherman Way
North Hollywood, CA 91605

This 3rd day of December 2014.
By: s/Todd M. Friedman
     Todd M. Friedman