UNITED STATES DISTRICT COURT                    **JS-6**
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 14-6616-DMG (AJWx) | Date | December 4, 2014 |
|---|---|---|---|
| Title | Blake Dugger v. Elevation Wellness | | |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NONE PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**    IN CHAMBERS  -   ORDER AND NOTICE TO PARTIES


In light of Plaintiff's Notice of Voluntary Dismissal filed on December 2, 2014 [Doc. # 18] and Notice of Errata filed on December 3, 2014 [Doc. # 19], the Court hereby **DISMISSES** this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

IT IS SO ORDERED.